within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1484. IN RE DISBARMENT OF ALTSCHUL. It is ordered that Donald Scott Altschul, of San Francisco, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1485. IN RE DISBARMENT OF JACOBS. It is ordered that Richard Mark Jacobs, of St. Louis, Mo., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 93–1202. BRUNWASSER v. STEINER, 510 U. S. 1195. It is ordered that Allen Brunwasser, of Pittsburgh, Pa., shall within 21 days of this order pay respondent $500 as ordered by this Court on May 2, 1994 [511 U. S. 1067], or show cause why he should not be disbarred from the practice of law in this Court or otherwise disciplined for failure to comply with an order of the Court.

No. 93–1408. NEW YORK STATE CONFERENCE OF BLUE CROSS & BLUE SHIELD PLANS ET AL. v. TRAVELERS INSURANCE CO. ET AL.;
No. 93–1414. CUOMO, GOVERNOR OF NEW YORK, ET AL. v. TRAVELERS INSURANCE CO. ET AL.; and
No. 93–1415. HOSPITAL ASSOCIATION OF NEW YORK STATE v. TRAVELERS INSURANCE CO. ET AL. C. A. 2d Cir. [Certiorari granted, ante, p. 920.] Motion of the Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted.

No. 94–286. FREIGHTLINER CORP. ET AL. v. MYRICK ET AL. C. A. 11th Cir. [Certiorari granted, ante, p. 922.] Motion of the Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted.

No. 94–500. COMMISSIONER OF INTERNAL REVENUE v. SCHLEIER ET AL. C. A. 5th Cir. [Certiorari granted, ante, p. 998.] Motion of the Solicitor General to dispense with printing the joint appendix granted.